## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Carmela Sholders, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  3:09-CV-0058-WDS-DGW |
| | ) | |
| Meyer & Njus, P.A., a Minnesota association, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

Plaintiff, Sholders, having reached a settlement with the Defendant, hereby stipulates to the dismissal of this action with prejudice.

Dated: February 17, 2009

One of Plaintiff's Attorneys

 /s/ David J. Philipps_____
David J. Philipps  (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

## **CERTIFICATE OF SERVICE**

  I, David J. Philipps, hereby certify that on February 17, 2009, a copy of the foregoing **Stipulation of Dismissal** was filed electronically.  Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, before 5:00 p.m. on February 17, 2009.

Meyer & Njus, P.A.
c/o Michael A. Klutho
BassfordRemele, P.A.
33 S. Sixth Street
Suite 3800
Minneapolis, Minnesota 55402


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com